B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Central District of Illinois
Case No. <u>**10–82057**</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna A. Simons
   5711 W. Ridgecrest Dr. #104
   Peoria, IL 61615

Social Security No.:
   xxx–xx–3565

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>10/15/10</u>

<u>Thomas L. Perkins</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0753-1           User: admin                  Page 1 of 1                  Date Rcvd: Oct 15, 2010
Case: 10-82057                 Form ID: b18                 Total Noticed: 37

The following entities were noticed by first class mail on Oct 17, 2010.
db        +Donna A. Simons,   5711 W. Ridgecrest Dr. #104,    Peoria, IL 61615-3021
cr        +Capital One Auto Finance,   c/o Hilary Bonial,   P.O. Box 829009,   Dallas, TX 75382-9009
5443165   +Bakerd Miller P.C.,   29 N. Wacker Dr. 5th Floor,   Chicago, IL 60606-2851
5443168   +CB Accounts,   1101 Main St., Ste. 300,   Peoria, IL 61606-1928
5443169   +CEFCU,   P.O. Box 1975,   Peoria, IL 61656-1975
5443166    Camp Grove State Bank,   One Main Street,   Camp Grove, IL 61424
5447587   +Capital One Auto Finance,   Post Office Box 829009,   Dallas, Texas 75382-9009
5443170   +Central IL Radiology,   221 Northeast Glen Oak Avenue,   Peoria, IL 61603-4310
5443172   +Check N-Go,   9031 Allen Rd.,   Peoria, IL 61615-1536
5443171    Check into Cash,   2529 W. Memorial,   Peoria, IL 61615
5443174   +Dorian LaSaine,   Attorney at Law,   456 Fulton, Suite 210,   Peoria, IL 61602-1220
5443175   +Eagle Recovery Associates, Inc.,   424 SW Washington St.,   3rd Floor,   Peoria, IL 61602-5147
5443176   +Fox Collection Center,   PO Box 528,   Goodlettsville, TN 37070-0528
5443179   +Insight Communications,   3517 N. Dries Lane,   Peoria, IL 61604-1200
5443180   +Mayo Clinic Rochester,   200 First Street SW,   Rochester, MN 55905-0002
5443181   +Methodist Medical Center of Illinois,   221 N.E. Glen Oak,   Peoria, IL 61603-4310
5443182   +Meyer & Njus P A,   1100 U.S. Bank Plaza,   200 South Sixth St.,   Minneapolis, MN 55402-1403
5443183   +NCO Financial Services,   507 Prudential Road,   Horsham, PA 19044-2368
5443184   +OSF Family Medical Group,   200 E Pennsylvania Ave Ste 212,   Peoria, IL 61603-3002
5443185   +OSF Medical Group,   P. O. Box 1806,   Peoria, IL 61656-1806
5443186   +Penn Credit Corporation,   PO Box 988,   Harrisburg, PA 17108-0988
5443187   +Peoria Open MRI,   6708 N. Knoxville,   Peoria, IL 61637-0001
5443189   +RGS Collections, Inc.,   P..O. Box 852039,   Richardson, TX 75085-2039
5443190   +St. Francis Medical Center,   530 N.E. Glen Oak Ave.,   Peoria, IL 61637-0002
5443191   +T-H Professional And Medical,   Collections, Ltd.,   P.O. Box 10166,   Peoria, IL 61612-0166
5443194   +U.S. Dept. of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
5443195   +Waste Management,   P.O. Box 4647,   Carol Stream, IL 60197-4647
5443196    William Simons Jr.,   314 Railroad Street,   Speer, IL 61479
The following entities were noticed by electronic transmission on Oct 15, 2010.
5443163   +EDI: AFNIRECOVERY.COM Oct 15 2010 16:08:00     AFNI,   404 Brock Dr,   P.O. Box 3517,
            Bloomington, IL 61702-3517
5443164   +EDI: CINGMIDLAND.COM Oct 15 2010 16:03:00     AT & T,   5020 Ash Grove Rd.,
            Springfield, IL 62711-6329
5443192    E-mail/Text: bankruptcy@cottonwoodfinancial.com                           The Cash Store,
            3701 Sterling Ave.,   Peoria, IL 61615
5443167   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
            Capital one Auto Finance,   3901 N. Dallas Pkwy,   Plano, TX 75093-7864
5443172   +EDI: CHECKNGO.COM Oct 15 2010 16:03:00     Check N-Go,   9031 Allen Rd.,   Peoria, IL 61615-1536
5443173   +EDI: DISCOVER.COM Oct 15 2010 16:03:00     Discover,   P.O. Box 6103,
            Carol Stream, IL 60197-6103
5443177   +EDI: RMSC.COM Oct 15 2010 16:03:00     GE Money Bank,   P. O. Box 30762,
            Salt Lake City, UT 84130-0762
5443178   +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM                           Illinois American Water,
            P. O. Box 578,   Alton, IL 62002-0578
5443188   +E-mail/Text: spatty@peoriasurgical.com                           Peoria Surgical Group Ltd.,
            420 N.E. Glen Oak, No. 301,   Peoria, IL 61603-3169
5443193   +Fax: 866-419-3894 Oct 15 2010 19:41:41     U.S. Cellular,   P. O. Box 0203,
            Palatine, IL 60055-0001
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 17, 2010**                     **Signature:** *Joseph Speetjens*